B 1 (Official Form 1) (1/08)

# United States Bankruptcy Court
## Southern District of New York

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Vertis Holdings, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Vertis Communications** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**Tax-I.D. No. 13-3971556** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>N/A |
| Street Address of Debtor (No. and Street, City, and State):<br>**250 West Pratt Street**<br>**Baltimore, Maryland**<br>ZIP CODE **21201** | Street Address of Joint Debtor (No. and Street, City, and State):<br>N/A<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Baltimore City** | County of Residence or of the Principal Place of Business:<br>N/A |
| Mailing Address of Debtor (if different from street address):<br>N/A<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>N/A<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>N/A | ZIP CODE |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other
  **Holding Company**

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

-------------------------------------

Check all applicable boxes:
- [x] A plan is being filed with this petition.
- [x] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors (consolidated)

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] |

Estimated Assets (consolidated)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] |

Estimated Liabilities (consolidated)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] |

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Vertis Holdings, Inc. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: District of Delaware | Case Number: 08-11460 | Date Filed: 7/15/2008 |
| Location Where Filed: N/A | Case Number: N/A | Date Filed: N/A |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: See Attached Schedule 1 | Case Number: Pending | Date Filed: Hereof |
| District: Southern District of New York | Relationship: Affiliates | Judge: Pending |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Vertis Holdings, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X  /s/ Mark A. McDermott
Signature of Attorney for Debtor(s)
Mark A. McDermott
Printed Name of Attorney for Debtor(s)
Skadden, Arps, Slate, Meagher & Flom LLP
Firm Name
Four Times Square
Address New York, NY 10036

212-735-3000
Telephone Number
11/17/2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Gerald Sokol, Jr.
Signature of Authorized Individual
Gerald Sokol, Jr.
Printed Name of Authorized Individual
Chief Financial Officer
Title of Authorized Individual
11/17/2010
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# Schedule 1

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) (collectively, the "<u>Debtors</u>"), filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the Court consolidate their chapter 11 cases for procedural purposes only and jointly administer their chapter 11 cases.

    Vertis Holdings, Inc.
    Vertis, Inc.
    ACG Holdings, Inc.
    Webcraft, LLC
    American Color Graphics, Inc.
    Webcraft Chemicals, LLC

# VERTIS HOLDINGS, INC.

## Secretary's Certificate

The undersigned, being the Secretary of Vertis Holdings, Inc., a Delaware corporation ("Holdings"), does hereby certify as follows:

Attached hereto as <u>Annex A</u> is a true, correct and complete copy of resolutions duly adopted by the board of directors of Holdings on November 17, 2010 (the "Resolutions"), and such Resolutions have not been modified or rescinded and are in full force and effect.

IN WITNESS WHEREOF, the undersigned, has executed and caused this certificate to be delivered as of November 17, 2010.

VERTIS HOLDINGS, INC.

By: _____
Name: David Glogoff
Title: Secretary

# ANNEX A

# RESOLUTIONS OF
# THE BOARD OF DIRECTORS OF
# VERTIS HOLDINGS, INC.

**WHEREAS**, Vertis, Inc. ("Vertis"), a Delaware corporation and a wholly-owned subsidiary of Vertis Holdings, Inc. ("Holdings"), a Delaware corporation, previously issued $200,000,000 aggregate principal amount of 13½% Senior Pay-in-Kind Notes due 2014 (together with the interest paid thereon by Vertis in the form of additional paid-in-kind notes, the "PIK Notes") pursuant to an indenture dated as of October 17, 2008, by and among Vertis, the subsidiary guarantors named therein and HSBC Bank USA, National Association, as trustee;

**WHEREAS**, Vertis previously issued $350,000,000 aggregate principal amount of 18½% Senior Secured Second Lien Notes due 2012 (together with the interest paid thereon by Vertis in the form of additional paid-in-kind notes, the "Second Lien Notes" and, together with the PIK Notes, the "Notes") pursuant to an indenture dated as of October 17, 2008, by and among Vertis, the subsidiary guarantors named therein and Wilmington Trust Company, as trustee;

**WHEREAS**, the Board of Directors (the "Board") of Holdings, the sole stockholder of Vertis, previously determined that it was advisable and in the best interests of Holdings and Vertis for Vertis to (i) commence and, if possible, consummate an offer to exchange (the "PIK Exchange Offer") any and all outstanding PIK Notes tendered by eligible holders for shares of common stock of Holdings, par value $0.001 per share (the "New Common Stock"), as specified in the Amended Confidential Offering Memorandum, Consent Solicitation, Private Placement and Disclosure Statement Soliciting Acceptances of a Prepackaged Plan of Reorganization dated November 1, 2010 (the "Offering Memorandum and Disclosure Statement") and (ii) commence and, if possible, consummate an offer to exchange (the "Second Lien Exchange Offer" and, together with the PIK Exchange Offer, the "Exchange Offers") any and all outstanding Second Lien Notes tendered by eligible holders for New Common Stock, as specified in the Offering Memorandum and Disclosure Statement;

**WHEREAS**, contemporaneously with the Exchange Offers, the Board previously deemed it advisable and in the best interests of Holdings and Vertis to solicit acceptances of the prepackaged plan of reorganization (the "Prepackaged Plan of Reorganization") from the holders of the Notes, as described in, and attached to, the Offering Memorandum and Disclosure Statement in substantially the form presented to the Board; and

**WHEREAS**, based upon, among other things, the results of the amounts of Notes tendered in the Exchange Offers and the votes on the Prepackaged Plan of Reorganization, the Board has deemed it advisable and in the best interests of Holdings and Vertis, their creditors, employees, and other interested parties that a petition be filed by each of Holdings, Vertis and their subsidiaries seeking relief under the provisions of Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), that the Prepackaged Plan of Reorganization be executed, that the engagement of certain professionals be approved and that Holdings and Vertis be authorized to enter into certain financing in connection therewith.

**NOW THEREFORE BE IT:**

Voluntary Petition under Chapter 11 of the Bankruptcy Code

**RESOLVED**, that in the judgment of the Board of Holdings it is desirable and in the best interests of Holdings, Vertis, their subsidiaries, creditors, employees, stakeholders and other interested parties, that a petition be filed by Holdings seeking relief under the provisions of Chapter 11 of the Bankruptcy Code; and it is further

**RESOLVED**, that the filing by Holdings for relief under Chapter 11 of the Bankruptcy Code is hereby authorized and approved; and it is further

**RESOLVED**, that the Chief Executive Officer, Chief Financial Officer, Secretary and Treasurer (each a "Proper Officer" and collectively, the "Proper Officers") be, and each of them individually hereby is, authorized and directed in the name and on behalf of Holdings, to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") at such time as said Proper Officers executing the same shall determine and in such form or forms as such Proper Officers may approve; and it is further

Prepackaged Plan of Reorganization and Pleadings

**RESOLVED**, that any Proper Officer is hereby authorized in the name and on behalf of Holdings, to execute the Prepackaged Plan of Reorganization, including any and all modifications, supplements and amendments thereto, and to cause the same to be filed in the Bankruptcy Court at such time as said Proper Officer executing the same shall determine; and it is further

**RESOLVED**, that any Proper Officer is authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, reports and other papers, and to take any and all such other and further actions which the Proper Officer or Holdings' legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11, and to take any and perform any and all further acts and deeds which they deem necessary, proper, and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case; and it is further

Debtor-in-Possession Financing

**RESOLVED**, that in connection with the Chapter 11 case, the Board has determined that it is desirable and in the best interests of Holdings and Vertis to enter into a $175 million debtor-in-possession credit facility (the "DIP Credit Facility") among Holdings, Vertis, certain of Holdings' subsidiaries named therein (collectively, the "Loan Parties") and the lenders party thereto (the "Lender Parties"), and including the issuance of up to $35 million in letters of credit, a swing line subfacility of $35 million and an uncommitted incremental facility of up to $25 million under the DIP Credit Facility, substantially upon the terms of the commitment letter previously approved by the Board; and it is further

**RESOLVED**, that Holdings is hereby authorized to enter into the DIP Credit Facility and to guarantee the obligations of Vertis and its subsidiaries thereunder and grant a security interest in substantially all of its assets in connection therewith, and to undertake any and all related transactions contemplated thereby; and it is further

**RESOLVED**, that the Proper Officers be, and each of them hereby is, in the name and on behalf of Holdings, authorized to cause to be prepared, to negotiate, execute and deliver, and Holdings is hereby authorized to perform its obligations under the DIP Credit Facility and such other documents, agreements, guaranties, instruments, financing statements, notices, undertakings, certificates and other writings as may be required by, contemplated by or in furtherance of the DIP Credit Facility, each containing such provisions, terms, conditions, covenants, warranties, and representations as may be deemed necessary or appropriate by the Proper Officer so acting, and any amendments, restatements, amendments and restatements, supplements or other modifications thereto, in each case with such changes therein and additions thereto (substantial or otherwise) as shall be deemed necessary, appropriate or advisable by any Proper Officer executing the same on behalf of Holdings, such approval to be evidenced conclusively by such execution; and it is further

**RESOLVED**, that the Proper Officers be, and each of them hereby is, in the name and on behalf of Holdings, authorized and empowered to authorize the filing of any Uniform Commercial Code (the "UCC") financing statements and any necessary assignments for security or other documents in the name of Holdings that the Lender Parties deem necessary or convenient to perfect any lien or security interest granted under the DIP Credit Facility, including any such UCC financing statement that contains a generic description of collateral, such as "all assets," "all property now or hereafter acquired" and other similar descriptions of like import, and to execute and deliver, and to record or authorize the recording of, such mortgages and deeds of trust in respect of real property of Holdings and such other filings in respect of intellectual and other property of Holdings, in each case as the Loan Parties may reasonably request to perfect the security interests of the Loan Parties under the DIP Credit Facility; and it is further

Engagement of Professionals

**RESOLVED**, that the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, and its affiliated law practice entities be, and hereby are, employed under a general retainer to render legal services to, and to represent, Holdings in connection with the Chapter 11 case and any other related matters in connection therewith, subject to the approval of the Bankruptcy Court; and it is further

**RESOLVED**, that Perella Weinberg Partners LP be, and hereby is, employed as investment banker and financial advisor in connection with the Chapter 11 case, subject to the approval of the Bankruptcy Court; and it is further

**RESOLVED**, that FTI Consulting, Inc. be, and hereby is, employed as restructuring and financial advisor in connection with the Chapter 11 case, subject to the approval of the Bankruptcy Court; and it is further

**RESOLVED**, that any Proper Officer be, and hereby is, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors and other professionals and to take and perform any and all further acts and deeds that such Proper Officer deems necessary, proper or desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case, on such terms as any Proper Officer shall approve; and it is further

General

**RESOLVED**, that any Proper Officer is authorized and directed in the name and on behalf of Holdings to take such actions and to make, sign, execute, acknowledge and deliver (and record in a relevant office of the county clerk, if necessary) any and all agreements (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements or other instruments as may reasonably be required to give effect to the foregoing Resolutions, and to fully perform the terms and provisions thereof; and it is further

**RESOLVED**, that to the extent that any of the actions authorized by any of the foregoing Resolutions have been taken by the Proper Officers in the name and on behalf of Holdings, such actions are hereby ratified and confirmed in their entirety.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
                               :
In re:                         :   Chapter 11
                               :
VERTIS HOLDINGS, INC., *et al.*,  :   Case No. 10-_____ (   )
                               :
         Debtors.              :   (Motion for Joint Administration Pending)
                               :
------------------------------ x

# CONSOLIDATED LIST OF CREDITORS
# HOLDING 20 LARGEST UNSECURED CLAIMS

This list contains creditors holding the twenty (20) largest unsecured claims against the above-captioned debtor and certain of its affiliates that have commenced chapter 11 cases in this Court (collectively, the "Debtors")[1] as of approximately November 15, 2010. This list has been prepared on a consolidated basis, based upon the books and records of the Debtors. The information presented in the list shall not constitute any admission by, nor is it binding on, the Debtors.

The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include persons who come within the definition of "insider" set forth in 11 U.S.C. § 101. In addition, this list does not include any secured creditors where the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty (20) largest unsecured claims.

|   | Creditor | Contact, Mailing Address & Telephone Number | Nature of Claim | Amount of Claim[1] | Contingent, Unliquidated or Disputed |
|---|---|---|---|---|---|
| 1 | HSBC Bank USA, National Association | 10 East 40th Street, 14th Floor<br>New York, NY 10016<br>Attention: Vivian Ly<br>Telephone: (212) 525-1300 | 13.5% PIK Note Holders | $262,809,714 | |
| 2 | Abitibi Bowater | 1228 Paysphere Circle<br>Chicago, IL 60674<br>Attention: Breen Blaine<br>Telephone: (914) 671-3332 | Trade Debt | $16,997,226 | |
| 3 | Lindenmeyr Munroe | 3 Manhattanville Road<br>Purchase, NY 10577-2110<br>Attention: Bob McBride<br>Telephone: (914) 696-9330 | Trade Debt | $5,355,629 | |

---

[1] The Debtors in these cases, along with the last four (4) digits of each Debtor's federal tax identification number, are Vertis Holdings, Inc. (1556); Vertis, Inc. (8322); ACG Holdings, Inc. (5968); Webcraft, LLC (6725); American Color Graphics, Inc. (3976); and Webcraft Chemicals, LLC (6726).

| # | Creditor | Address | Type | Amount | |
|---|---|---|---|---|---|
| 4 | Valassis Direct Mail | 19975 Victor Parkway<br>Livonia, MI 48152<br>Attention: TeMeika Bush<br>Telephone: (734) 432-2803 | Trade Debt | $3,842,082 | |
| 5 | Sun Chemical Limited | 35 Waterview Boulevard<br>Parsippany, NJ 07054<br>Attention: Rudi Lenz<br>Telephone: (973) 404-6400 | Trade Debt | $2,594,459 | |
| 6 | Newpage Corporation | 234 Brookschase Lane<br>Richmond, VA 23229<br>Attention: Donald Murray<br>Telephone: (937) 608-7261 | Trade Debt | $2,219,466 | |
| 7 | Empire BCBS Wellpoint | 9 Metrotech Center<br>Brooklyn, NY 11201-5431 | Direct Mail Postage Program | $2,135,081 | |
| 8 | Flint Ink Corp | 305 Ring Road<br>Elizabethtown, KY 42701-8747<br>Attention: Steve Kennedy<br>Telephone: (812) 630-5745 | Trade Debt | $1,833,914 | |
| 9 | CBA Industries | 669 River Drive<br>Elmwood Park, NJ 07407<br>Attention: Theresa Preziosi<br>Telephone: (201) 414-5227 | Trade Debt | $1,628,991 | |
| 10 | Catalyst Paper | 2101 Fourth Avenue, Suite 1950<br>Seattle, WA 98121<br>Attention: Tom Crowley<br>Telephone: (206) 838-2014 | Trade Debt | $1,248,392 | |
| 11 | Sterling Jewelers | 375 Ghent Road, Suite 1<br>Fairlawn, OH 44333-4601 | Direct Mail Postage Program | $1,046,700 | |
| 12 | S P Newsprint Co | 80 Field Point Road<br>Greenwich, CT 06830<br>Attention: Chris Brant<br>Telephone: (203) 661-3344 | Trade Debt | $876,263 | |
| 13 | Lindenmeyr Central | 3 Manhattanville Road<br>Purchase, NY 10577-2110<br>Attention: Tim Christie<br>Telephone: (914) 696-9333 | Trade Debt | $657,370 | |
| 14 | Federal Express | 4290 Thurman Drive<br>Conley, GA 30288<br>Attention: Daniel Hayes<br>Telephone: (404) 797-4471 | Trade Debt | $629,378 | |
| 15 | Norpac Paper Company | 3001 Industrial Way, PO Box 2069<br>Longview, WA 98632<br>Attention: Bob Larner<br>Telephone: (360) 578-4567 | Trade Debt | $606,841 | |
| 16 | United Parcel Service | 35 Glenlake Parkway NE, Suite 400<br>Atlanta, GA 30328<br>Attention: Angela McCormick<br>Telephone: (334) 524-9811 | Trade Debt | $569,847 | |
| 17 | Kempf Paper Company | 3145 Columbia Ave NE<br>Minneapolis, MN 55418<br>Attention: Bill Froehlich<br>Telephone: (612) 706-4215 | Trade Debt | $526,606 | |

| 18 | Chicago Tribune | 14839 Collections Center Dr.<br>Chicago, IL 60693<br>Attention: Credit Department<br>Telephone: (800) 435-1232 | Trade Debt | $486,725 | |
| --- | --- | --- | --- | --- | --- |
| 19 | Newsday | P. O. Box 3002<br>Boston, MA 02241-3002<br>Attention: Credit Department<br>Telephone: (631) 843-4050 | Trade Debt | $443,892 | |
| 20 | Horizon Paper Company | 101 N. Marion Street, Suite 203<br>Oak Park, IL 60301<br>Attention: Customer Service<br>Telephone: (866) 358-0855 | Trade Debt | $424,735 | |

(1) Amounts for trade debt are based on the Debtors accounts payable books and records as of October 31, 2010 and do not include obligation for goods in transit or un processed and unvouchered invoices. Funds being held by the Debtors on behalf of certain customers for future postage obligations are based on the Debtors books and records as of November 15, 2010.

## DECLARATION UNDER PENALTY OF PERJURY

  I, Gerald Sokol, Jr., Authorized Signatory for the Debtor, declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors and that it is true and correct to the best of my knowledge, information and belief.

Dated: New York, New York
    November 17, 2010

                   By: _____
                   Name: Gerald Sokol, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x
                                                 :
In re:                                           :   Chapter 11
                                                 :
VERTIS HOLDINGS, INC., *et al.*,                 :   Case No. 10-_____ ( )
                                                 :
             Debtors.                            :   (Motion for Joint Administration Pending)
                                                 :
------------------------------------------------ x

## CORPORATE OWNERSHIP STATEMENT

Avenue Special Situations Fund IV, L.P. and Avenue Special Situations Fund V, L.P. collectively hold 59.18% ownership interests in the Debtor. The list is prepared in accordance with Fed. R. Bankr. P. 1007(a)(1) and Fed. R. Bankr. P. 7007.1 for filing in this chapter 11 case.

## DECLARATION UNDER PENALTY OF PERJURY

I, David Glogoff, Authorized Signatory for the Debtor, declare under penalty of perjury that I have read the foregoing Corporate Ownership Statement and that it is true and correct to the best of my knowledge, information and belief.

Dated: New York, New York
       November 17, 2010

By: [signature]
Name: David Glogoff