UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
                                   :
In re:                             :  Chapter 11
                                   :
VERTIS HOLDINGS, INC., *et al.*,   :  Case No. 10-16170 (ALG)
                                   :
            Debtors.               :  (Jointly Administered)
                                   :
---------------------------------- x

**ORDER SHORTENING TIME FOR NOTICE OF HEARING TO CONSIDER DEBTORS' MOTION FOR ORDER UNDER 11 U.S.C. §§ 105(a) AND 363 AND FED. R. BANKR. P. 2002 AND 6004 AUTHORIZING THE SALE OF CERTAIN REAL PROPERTY TO (A) KEN AND RHONDA RAMAGE, (B) GEOGRAPHICS, INC. AND (C) CENTRAL HUDSON GAS & ELECTRIC CORPORATION FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES**

Upon the motion (the "Motion") of the Debtors[1] for entry of an order (the "Order") shortening the time for notice of the hearing to consider the Debtors' Motion for Order Under 11 U.S.C. §§ 105(a) and 363 and Fed. R. Bankr. P. 2002 and 6004 Authorizing the Sale of Certain Real Property to (A) Ken and Rhonda Ramage, (B) Geographics, Inc. and (C) Central Hudson Gas & Electric Free and Clear of Liens, Claims and Encumbrances (the "Asset Sales Motion"); and upon the First-Day Declaration; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that cause exists to shorten the notice period with respect to the Asset Sales Motion; and after due deliberation thereon and sufficient cause appearing therefor, it is hereby

---

[1] Capitalized terms used but not defined herein shall have the same meaning ascribed to them in the Motion. The Debtors in these cases, along with the last four (4) digits of each Debtor's federal tax identification number, are Vertis Holdings, Inc. (1556); Vertis, Inc. (8322); ACG Holdings, Inc. (5968); Webcraft, LLC (6725); American Color Graphics, Inc. (3976); and Webcraft Chemicals, LLC (6726).

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED as set forth in this Order.

2. The notice period required by Bankruptcy Rule 2002(a)(2) is hereby modified as follows:

    (a) The Asset Sales Hearing shall be held on December 1, 2010 at 11:00 a.m. (EST).

    (b) Objections, if any, to the relief sought in the Asset Sales Motion must be filed with the Court and served upon the appropriate parties on or before the Asset Sales Objection Deadline of November 29, 2010 at 4:00 p.m. (EST).

3. The Debtors shall mail notice of the Asset Sales Hearing and the Asset Sales Objection Deadline to all entities required under the Bankruptcy Rules within one (1) day after entry of this Order by the Court.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: New York, New York
      November 19, 2010

                                              */s/ Allan L. Gropper*
                                         UNITED STATES BANKRUPTCY JUDGE