SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Mark A. McDermott
Kenneth S. Ziman

Counsel for Debtors and
  Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | Chapter 11 |
| VERTIS HOLDINGS, INC., *et al.*, | Case No. 10-16170 (ALG) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF (I) CONFIRMATION OF AMENDED JOINT PREPACKAGED CHAPTER 11 PLAN OF VERTIS HOLDINGS, INC., ET AL. UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, (II) THE OCCURRENCE OF THE EFFECTIVE DATE AND (III) DEADLINE FOR FILING APPLICATIONS FOR PROFESSIONAL FEES

PLEASE TAKE NOTICE that on December 16, 2010, this Court entered the Findings of Fact, Conclusions of Law and Order (I) Approving (A) the Disclosure Statement Pursuant to Sections 1125 and 1126(c) of the Bankruptcy Code, (B) Solicitation of Votes and Voting Procedures, and (C) Forms of Ballots, and (II) Confirming the Amended Joint Prepackaged Chapter 11 Plan of Vertis Holdings, Inc. et al. (the "Confirmation Order") [Docket No. 134] in the chapter 11 cases of the above-captioned debtors and debtors in possession (the

"Debtors")[1]. Pursuant to the Confirmation Order, this Court confirmed the Amended Joint Prepackaged Chapter 11 Plan of Vertis Holdings, Inc., et al (the "Plan")[2], which confirmed Plan was attached to the Confirmation Order as <u>Exhibit A</u>.

PLEASE TAKE NOTICE that on December 20, 2010, the Effective Date under the Plan occurred.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Confirmation Order, each professional person or firm retained by order of the Court or requesting compensation in the chapter 11 cases pursuant to sections 327, 328, 329, 330, 331, or 1103 of the Bankruptcy Code, other than professionals that the Debtor is authorized to pay in the ordinary course of business, must file and serve an application for an allowance of final compensation and reimbursement of expenses incurred through the Effective Date no later than January 19, 2011.

---

[1] The Debtors in these cases, along with the last four (4) digits of each Debtor's federal tax identification number, are Vertis Holdings, Inc. (1556); Vertis, Inc. (8322); ACG Holdings, Inc. (5968); Webcraft, LLC (6725); American Color Graphics, Inc. (3976); and Webcraft Chemicals, LLC (6726).

[2] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Plan.

PLEASE TAKE FURTHER NOTICE that copies of the pleadings filed in these chapter 11 cases can be obtained by using the Bankruptcy Court's electronic case filing system at www.nysb.uscourts.gov using a PACER password (to obtain a PACER password, go to the PACER website, http://pacer.psc.uscourts.gov) or on the website maintained by the Debtors' claims agent at http://www.kccllc.net/vertis.

Dated: New York, New York
December 21, 2010

        SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP

By:    /s/ Kenneth S. Ziman
      Mark A. McDermott
      Kenneth S. Ziman
      Four Times Square
      New York, New York 10036
      (212) 735-3000

      Counsel for Debtors and
       Debtors-in-Possession

3

878550.02-New York Server 2A - MSW